O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UROWOLI ANYIA AND ALFRED ANYIA, | ) ) | Case No. CV 11-07688 DDP (VBKx) |
| Plaintiffs, | ) ) ) | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| v. | ) ) | |
| WASHINGTON MUTUAL BANK, FA, JPMORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE COMPANY, | ) ) ) ) ) | [Docket No. 8] |
| Defendants. _____ | ) ) | |

    Presently before the court is Defendants' Motion to Dismiss Plaintiffs' Complaint ("Motion"). Because Plaintiffs have not filed an opposition, the court GRANTS the Motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

///

1     The hearing on Defendants' motion was set for November 21,
2 2011.  Plaintiffs' opposition was therefore due by October 31,
3 2011.  As of the date of this Order, Plaintiffs have not filed an
4 opposition, or any other filing that could be construed as a
5 request for a continuance.  Accordingly, the court deems
6 Plaintiffs' failure to oppose as consent to granting the Motion to
7 Dismiss, and GRANTS the Motion.  Plaintiffs' Complaint is
8 dismissed.

10 IT IS SO ORDERED.

13 Dated: December 1, 2011

DEAN D. PREGERSON
United States District Judge