O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UROWOLI ANYIA AND ALFRED ANYIA, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, FA, JPMORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE COMPANY, <br><br> Defendants. | Case No. CV 11-07688 DDP (VBKx) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br> [Docket No. 8] |

Presently before the court is Defendants' Motion to Dismiss Plaintiffs' Complaint ("Motion"). Because Plaintiffs have not filed an opposition, the court GRANTS the Motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

///

The hearing on Defendants' motion was set for November 21, 2011. Plaintiffs' opposition was therefore due by October 31, 2011. As of the date of this Order, Plaintiffs have not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion. Plaintiffs' Complaint is dismissed.

IT IS SO ORDERED.

Dated: December 1, 2011

DEAN D. PREGERSON
United States District Judge